# Third District Court of Appeal

## State of Florida

Opinion filed October 26, 2022.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D22-0186
Lower Tribunal No. 19-37697

————————————

**BPI Sports, LLC,**
Petitioner,

vs.

**Florida Supplement, LLC, etc., et al.,**
Respondents.

On Petition for Writ of Certiorari from the Circuit Court for Miami-Dade County, William Thomas, Judge.

The Alderman Law Firm, Jason R. Alderman, Troy A. Tolentino, Alonso Appeals, and Cristina Alonso (Pembroke Pines), for petitioner.

Weber Law, P.A., and Steven D. Weber, for respondent Florida Supplement, LLC.

Before FERNANDEZ, C.J., and MILLER, and BOKOR, JJ.

PER CURIAM.

We treat this appeal as a petition for writ of certiorari and deny relief. See Vital Pharms., Inc. v. Kesten, 47 Fla. L. Weekly D1783, D1783–84 (Fla. 3d DCA Aug. 24, 2022); Martin-Johnson, Inc. v. Savage, 509 So. 2d 1097, 1098 (Fla. 1987), superseded by statute on other grounds, § 768.72, Fla. Stat. (2021); High Five Prod., Inc. v. Riddle, 286 So. 3d 890, 890 (Fla. 2d DCA 2019); Brand v. Old Republic Nat. Title Ins. Co., 797 So. 2d 643, 645 (Fla. 3d DCA 2001).

Petition denied.